IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.:3:18-cv-00357

| | |
|---|---|
| MANISH P. PATEL, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLINA UROLOGY PARTNERS, | ) |
| PLLC, TODD D. COHEN, M.D., | ) |
| ROBERT L. WATERHOUSE, M.D. and | ) |
| KATHERINE HARPER, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Manish

P. Patel and Defendants Carolina Urology Partners, PLLC, Todd D. Cohen, M.D., Robert L.

Waterhouse, M.D., and Katherine Harper, hereby stipulate to the dismissal, with prejudice, of all

claims in the above captioned matter.  Each party is to bear their own costs related to this case.


This the 11th day of October, 2018.

1

/s/ Joshua Van Kampen
Joshua Van Kampen (NC Bar No. 32168)
Kevin P. Murphy (NC Bar No. 41467)
Sean F. Herrmann (NC Bar No. 44453)
Van Kampen Law, PC
315 East Worthington Avenue
Charlotte, North Carolina 28203
(704) 247-3245
josh@vankampenlaw.com
kevin@vankampenlaw.com
sean@vankampenlaw.com
***ATTORNEYS FOR PLAINTIFF***

/s/ Kevin V. Parsons
Kevin V. Parsons (NC Bar No. 19226)
Philip A. Hinson (NC Bar No. 42907)
Parsons Summa
15801 Brixham Hill Avenue
Suite 550
Charlotte, North Carolina 28277
kparsons@parsonssumma.com
phinson@parsonssumma.com
(704) 557-9929
***ATTORNEYS FOR DEFENDANTS***

2

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that the pleading to which this certificate is attached was served upon each party to this action by filing the same in the Court's CM/ECF system, which shall cause it to be delivered electronically to other counsel.

Kevin V. Parsons (NC Bar No. 19226)
Philip A. Hinson (NC Bar No. 42907)
Parsons Summa
15801 Brixham Hill Avenue
Suite 550
Charlotte, North Carolina 28277
kparsons@parsonssumma.com
phinson@parsonssumma.com
(704) 557-9929
***ATTORNEYS FOR DEFENDANTS***

This the 11th day of October, 2018.

*/s/ Joshua Van Kampen*
Joshua Van Kampen (NC Bar No. 32168)
Kevin P. Murphy (NC Bar No. 41467)
Sean F. Herrmann (NC Bar No. 44453)
Van Kampen Law, PC
315 East Worthington Avenue
Charlotte, North Carolina 28203
Phone: (704) 247-3245
Fax: (704) 749-2638
Email: josh@vankampenlaw.com
Email: kevin@vankampenlaw.com
Email: sean@vankampenlaw.com
*Attorneys for Plaintiff*

3