IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:18-cv-00357

| | |
|---|---|
| MANISH P. PATEL, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLINA UROLOGY PARTNERS, | ) |
| PLLC, TODD D. COHEN, M.D., | ) |
| ROBERT L. WATERHOUSE, M.D., and | ) |
| KATHERINE HARPER, | ) |
| | ) |
| Defendants. | ) |

### KATHERINE HARPER'S NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure[1], Defendant and Counter-Claim Plaintiff Katherine Harper hereby notices the dismissal, with prejudice, of all counter-claims in the above captioned matter. Each party is to bear their own costs related to this case.

This the 17th day of October, 2018.

/s/ Kevin V. Parsons
Kevin V. Parsons
NC State Bar No. 19226
Philip A. Hinson
NC State Bar No. 42907
Parsons Summa
15801 Brixham Hill Avenue, Suite 550
Charlotte, North Carolina 28277
Telephone: 704-557-9929
Email: kparsons@parsonssumma.com
phinson@parsonssumma.com

**Attorneys for Defendants**

---

[1] Katherine Harper files this notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as the opposing party has not served an answer to Ms. Harper's counter-claim and the opposing party has not served a motion for summary judgment.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "KATHERINE HARPER'S NOTICE OF DISMISSAL WITH PREJUDICE" in the above-captioned proceeding has been electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

>Joshua R. Van Kampen
>Kevin P. Murphy
>Sean F. Hermann
>Van Kampen Law, PC
>315 East Worthington Avenue
>Charlotte, North Carolina 28203
>josh@vankampenlaw.com
>kevin@vankampenlaw.com
>sean@vankampenlaw.com

This the 17th day of October, 2018.

>/s/ Kevin V. Parsons
>Kevin V. Parsons
>NC State Bar No. 19226
>Philip A. Hinson
>NC State Bar No. 42907
>Parsons Summa
>15801 Brixham Hill Avenue, Suite 550
>Charlotte, North Carolina 28277
>Telephone: 704-557-9929
>Email: kparsons@parsonssumma.com
>phinson@parsonssumma.com
>
>**Attorneys for Defendants**